No. 90–1250. BURLINGTON NORTHERN RAILROAD CO. ET AL. v. WHITT, ADMINISTRATRIX OF THE ESTATE OF WHITT, DECEASED. Sup. Ct. Ala. Certiorari denied.

No. 90–1253. FASSE ET AL. v. HODGSON. Sup. Ct. Ga. Certiorari denied.

No. 90–1257. CLEVELAND v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 90–1259. REDMOND v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–1263. YASKO v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 90–1267. GENERAL MOTORS CORP. v. DUERR. C. A. 6th Cir. Certiorari denied.

No. 90–1268. SECORD v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 90–1274. WIELAND v. BROWN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS. C. A. 6th Cir. Certiorari denied.

No. 90–1275. SCOVEL v. NORFOLK SHIPBUILDING & DRYDOCK CO., INC. Sup. Ct. Va. Certiorari denied.

No. 90–1296. REMINGTON ARMS CO., INC. v. KING. Ct. App. Ky. Certiorari denied.

No. 90–1300. DEAN WITTER REYNOLDS INC. ET AL. v. STROTZ. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–1307. TOMCSIK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–1308. WATTS v. STONE, SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied.